**Order issued January 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00703-CR**
**No. 05-14-00718-CR**
**No. 05-14-00721-CR**
**No. 05-14-00722-CR**

---

**XAVIER ALEXANDER ANDRADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Lang, Brown, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the September 2, 2014 motion of Leslie McFarlane for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Leslie McFarland as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Xavier Alexander Andrade, TDCJ No. 1922703, Fort Stockton Transfer Facility, 1536 IH-10 East, Fort Stockton, Texas, 79735.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE